78,832-02

Dear Honorable Clerk,     April 21-2015

     I Have Received This Letter Head from Leon County District Clerk Beverly Wilson. ON BACK → Stateing She has forwarded My 11.07 writ, I Have Not Received A white card from the Court of Criminal Appeals, I Am Requesting If you CAN Please Send Me one,

                         Also Im Requesting for AN up Dated Docket Sheet for My own Record. Please use the Self Address Stamp Envlope for the Returned Information.

                    Thank You for Your Time
                    Honorable Clerk;
                    Abel Acosta

          John Spurlock          T.D.C.#1678212
                                  Wynne unit
                                  810 FM 2821
                                  Huntsville, tx 77349

RE:
Court Cause # CM-10-241-1

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 23 2015

Abel Acosta, Clerk



**Beverly Wilson**
Leon County District Clerk
139 East Main Street
P. O. Box 39
Centerville, Texas 75833

87th, 278th, 369th Judicial Districts

Office (903) 536-2227
Fax (903)536-5058

April 13, 2015

Honorable Abel Acosta, Clerk
Court of Criminal Appeals
State of Texas
PO Box 12308, Capital Station
Austin, Texas 78711

Re:     Trial Court Writ of Habeas Corpus # CM-10-241-1
        Trial Court Cause # CM-10-241
        Ex Parte: John William Spurlock

Dear Honorable Clerk,

Enclosed, please find the Clerk's Record on the application for 11.07 Writ of Habeas Corpus on the above referenced cause.

Should you need further information, please contact my office at 903-536-2227.

Sincerely,

Beverly Wilson
Leon County District Clerk

APRIL-21-2015
Requesting A white CARD ON 11:07
AND A up DAted 2015 Docket Sheet. Please

John Spurlock

cc:     Honorable Hope Knight
        Leon County District Attorney
        PO Box 1010
        Centerville, Texas 75833

        John William Spurlock #01678212
        Wynne Unit
        810 FM 2821
        Huntsville, Texas 77349